LOCAL BANKRUPTCY FORM 2016-4

# STATEMENT OF PRO SE DEBTOR(S)

Debtor's Name: Darren Andre Watson
Case No.: 10-13035-elf

Address: 201 S. 18th St., #2406, Philadelphia, PA 19103
Chapter of Case: 7

Telephone Number (home): 267-235-5806
Date Case Filed: 04/15/2010

Telephone Number (work): _____
Date this Form Submitted: 04/20/2010

1. List the name, address, and telephone number of any person or business assisting you in filing or preparing papers for this case:

   Laurie Crilly
   P.O. Box 1401
   American Fork, UT 84003        541-663-7033

2. State how you were referred to the person or business named above or the source of advertisement you responded to.

   internet

3. a. Total fee charged by person or business named above $ 149.00

   b. Amount of fee paid as of the date you filed bankruptcy $ 0.00

   c. Did the preparer tell you the amount of court costs that must be paid to file your case?
      YES    (NO)    (circle one)

4. Were various chapters or types of bankruptcy explained to you?
   YES    (NO)    (circle one)

   Other Comments _____

5. Did the preparer explain to you that you have the right to claim certain property as exempt?
   YES    (NO)    (circle one)

6. Did the preparer give you a copy of the papers he prepared for you?
   (YES)    NO    (circle one)

Signature of Debtor(s)

APR 22 2010