10-13035

Certificate Number: 12459-PAE-CC-010574939

# CERTIFICATE OF COUNSELING

I CERTIFY that on April 12, 2010, at 7:52 o'clock AM PDT, Darren Watson received from *(signature)* Abacus Credit Counseling, an agency approved pursuant to 11 U.S.C. § 111 to provide credit counseling in the Eastern District of Pennsylvania, an individual [or group] briefing that complied with the provisions of 11 U.S.C. §§ 109(h) and 111.

A debt repayment plan was not prepared. If a debt repayment plan was prepared, a copy of the debt repayment plan is attached to this certificate.

This counseling session was conducted by internet.

Date: April 12, 2010        By      /s/Laura M Ahart

                            Name    Laura M Ahart

                            Title   Credit Counselor

APR 22 2010

* Individuals who wish to file a bankruptcy case under title 11 of the United States Bankruptcy Code are required to file with the United States Bankruptcy Court a completed certificate of